```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   TEXARKANA DIVISION
```

KELLEY PATRICK MILLS                                      PETITIONER

v.                      Case No. 4:10-CV-04120

DAVID PARKER, Warden,
James Crabtree Correctional Center, ODC                   RESPONDENT

### **O R D E R**

On this 25th day of March 2011, there comes on for consideration the Report and Recommendations (Doc. 11) filed in this case on March 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. No objections to the Report and Recommendations were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Petition for Writ of Habeas Corpus (Doc. 1) is hereby DENIED as untimely and **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 25th day of March 2011.

                                  /s/ Paul K. Holmes, III
                                  Paul K. Holmes, III
                                  United States District Judge